748

Submitted June 12, 1967. *Luther Pinkett, Jr.,* appellant, in propria persona; *Richard A. Devlin, Henry T. Crocker* and *Anthony J. Scirica,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Robinson, Appellant.

Argued June 13, 1967. *George Johnson,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Donald C. Marino,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., absent.

## Commonwealth *v.* Russell, Appellant.

Argued December 13, 1966; reargued June 16, 1967. *Leonard Levin,* with him *Levin, Levin*